UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GLORIA LYNN STEWARD,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:21-cv-00714-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion to be Relieved of Providing Paper and CD Copies of the Certified Administrative Record. ECF No. 11. Defendant states that an electronic copy of the certified administrative record (the "e-CAR") has been prepared and can be filed in this matter. *Id*. at 3. However, because the Social Security Administration's Office of Appellate Operations (the "OAO") is not operating at full capacity, Defendant is unable to provide a CD and hard copies of the e-CAR to Plaintiff's counsel and the Court. *Id*. Defendant therefore requests that he be relieved of the requirement of providing a CD and hard copies of the e-CAR, and instead be allowed to file the e-CAR under seal on CM/ECF, providing all case participants with access to the e-CAR. *Id*. at 3-4.

Based on these representations, IT IS HEREBY ORDERED that Defendant shall file the e-CAR under seal on CM/ECF.

IT IS FURTHER ORDERED that the sealed e-Car shall be accessible on CM/ECF to Defendant, Plaintiff's counsel, and the Court.

IT IS FURTHER ORDERED that Defendant is relieved of his obligations to provide a CD and hard copies of the e-CAR to Plaintiff's counsel and the Court.

DATED this 9th day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1