Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GLORIA LYNN STEWARD, | ) |
| Plaintiff, | ) CASE NO. 2:21-cv-00714-EJY |
| v. | ) **CONSENT MOTION** |
| KILOLO KIJAKAZI[1], | ) **FOR EXTENSION OF TIME TO FILE** |
| COMMISSIONER OF SOCIAL SECURITY, | ) **PLAINTIFF'S BRIEF** |
| Defendant. | ) |

    Plaintiff, Gloria Lynn Steward, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-day (60) extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed October 22, 2021.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

    Wherefore, Plaintiff requests an extension from October 22, 2021 up to and including

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

December 21, 2021 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated this 15th day of October, 2021.

                                    Respectfully submitted,

                                    */s/Hal Taylor*
                                    Hal Taylor, Esq.
                                    Of Counsel, Olinsky Law Group
                                    NV Bar No.: 4399
                                    223 Marsh Ave.
                                    Reno, NV 89519
                                    Tel: (775) 825-2223
                                    Fax: (775) 329-1113
                                    HalTaylorLawyer@GBIS.com

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  October 15, 2021