Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA LYNN STEWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[1],<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | CASE NO. 2:21-cv-00714-EJY<br><br>**SECOND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF** |

　　　　Plaintiff, Gloria Lynn Steward, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a twenty-one (21) day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed December 21, 2021. This is Plaintiff's second request for an extension of time in this matter. On October 15, 2021, this Court graciously granted Plaintiff's first Motion for an Extension of Time (Dkt. No. 18).

　　　　Counsel request this extension of time in this matter are due to a culmination of events which have caused such extraordinary circumstances that such extensions are warranted. As noted in the attached Declaration of Howard D. Olinsky, managing partner of Olinsky Law

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

Group, after the initial shutdown related to the COVID-19 pandemic in March, 2020, the Commissioner's capacity to produce Administrative Records fell from 300 Administrative Records a week to essentially zero for a large portion of 2020. As of January 2021, the Agency reported over 11,000 pending cases. After months of delay due to the Agency's inability to produce Administrative Records, the Agency expanded their out-of-office capacity to over 700 Administrative Records per week. As of mid-September 2021, the Agency reduced the number of pending cases to just 2,350, a decrease of 8,650 cases in just over nine (9) months. In tandem with the decrease in production of Administrative Records throughout 2020, the Appeals Council withheld claims containing, *inter alia*, claims of constitutional violations under the Supreme Court's holding in *Seila Law LLC v. Consumer Financial Protection Bureau*, 140 S. Ct. 2183 (June 29, 2020). As evidenced in the attached Declaration, Olinsky Law Group went from receiving 65 Appeals Council denials in October 2020 to just 25 Appeals Council denials in November and December of 2020. Subsequently in January 2021, the Agency released Emergency Message-21002, which directed staff to flag claims in which the *Seila* issue was raised and to continue processing these claims without discussing or making any finding regarding the *Seila* issue. As evidenced in the attached Declaration, Olinsky Law Group then received 541 Appeals Council denials in January 2021; 1,127 Appeals Council denials in February 2021; and 358 Appeals Council denials in March 2021. Further, these numbers only represent *internal* Appeals Council denials received by the Olinsky Law Group, who represents a significant number of additional clients who are referred to this office by non-attorney representatives or unaffiliated attorneys.

Olinsky Law Group filed just over 100 Briefs in the month of July 2021, and this figure does not include Reply Briefs, Objections to Report and Recommendations, Responses to

Motions, 59(e) Responses, Oral Arguments, appeals to the Circuit Courts, EAJA petitions, Fee Litigation, 406(b) Petitions, and other miscellaneous tasks which arise throughout the course of litigation. Counsel asserts that the culmination of these factors, further evidenced in more detail in the attached Declaration of Howard D. Olinsky, has created extraordinary circumstances *not related to the COVID-19 pandemic, but due to exigent circumstances created by the COVID-19 pandemic and the Commissioner's response.*

Wherefore, Plaintiff requests an extension from December 21, 2021 up to and including January 11, 2022 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated this 14th day of December, 2021.

Respectfully submitted,

/s/Hal Taylor
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

**ORDER**

IT IS SO ORDERED.

Dated this 15th day of December, 2021.

_____
United States Magistrate Judge