AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Gloria Lynn Steward,

              Plaintiff,

v.

Commissioner Of Social Security,

              Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:21-cv-00714-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff Gloria Lynn Steward is awarded attorney fees and expenses in the amount of six thousand five hundred fifty-four dollars and twenty-seven cents ($6,554.27) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred two dollars ($402.00) under 28 U.S.C. § 1920.

October 6, 2022                 DEBRA K. KEMPI
Date                                                Clerk

                                                              /s/ T. Roush-Wallace
                                                              Deputy Clerk